DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
10 APRIL 2014

| 520P13 | State v. Leah Anne Walton | Def's PDR Under N.C.G.S. § 7A-31 (COA13-203) | Denied |
|---|---|---|---|
| 537P13 | State v. Rufus Lee McGirt | Def's Petition for *Writ of Certiorari* to Review Order of COA (COA13-78) | Denied |
| 562P13 | Kevan Busik v. N.C. Coastal Resources Commission; N.C. Department of Environment and Natural Resources; N.C. Division of Coastal Management and 1118 Longwood Avenue Realty Corporation, Intervenor | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA12-1491) | Denied |
| 563A99-5 | State v. Ronald Lee Pugh | Def's PDR Under N.C.G.S. § 7A-31 (COA13-536) | Denied |
| 568P13-2 | Lloyd Steven Lane v. N.C. Department of Public Safety, Division of Prisons; Theodis Beck; Boyd Bennett; Alvin W. Keller; Reuben Young; Robert Lewis; Hattie Pimpong; Patricia Alston; Butch Jackson; Cleo Jenkins; and Kirnan Shanahan | Plt's *Pro Se* Motion for Petition for Rehearing *en banc* to Denial of PDR Under Rule 31 | Dismissed |
| 572P13-2 | Orlando Hudson and State of North Carolina v. Ernest James Nichols | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Durham County | Dismissed |
| 580P05-8 | In Re: David L. Smith | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **03/14/2014** |
| 580P05-9 | In Re: David L. Smith | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **03/24/2014** |